■ MILDRED ANDERSON, Appellant, v ANA M. VASQUEZ, Respondent. [933 NYS2d 365]—

In support of her unopposed motion pursuant to CPLR 3215 (f) for leave to enter a judgment in the principal sum of $41,500 against the defendant, upon the defendant's default in appearing or answering the complaint, the plaintiff presented proof that was sufficient to establish that she had a viable cause of action against the defendant (*see Woodson v Mendon Leasing Corp.*, 100 NY2d 62, 71 [2003]). The plaintiff presented, among other things, her affidavit attesting to her claim that she made a series of loans to the defendant, that the defendant promised to repay the loans, that the defendant failed to do so, and proof of the amount due on the loans (*see Golding v Gottesman*, 41 AD3d 430 [2007]; *Langenbach v Renna*, 255 AD2d 366 [1998]; *Wallach v Dryfoos*, 140 App Div 438, 440 [1910]). Furthermore, the plaintiff submitted a process server's affidavit attesting to service of the summons and complaint on the defendant, and her attorney's affidavit regarding the defendant's default in appearing or answering the complaint (*see CPLR 3215 [f]*). Accordingly, the plaintiff's unopposed motion for leave to enter a default judgment in the principal sum of $41,500 against the defendant should have been granted (*see Hermitage Ins. Co. v Trance Nite Club, Inc.*, 40 AD3d 1032 [2007]; *Zino v Joab Taxi, Inc.*, 20 AD3d 521 [2005]). Mastro, J.P., Balkin, Chambers and Sgroi, JJ., concur.